IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESMOND MARTIN, | : | |
| Plaintiff, | : | 1:12-cv-2410 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| GEARHART, *et al.*, | : | |
| Defendants. | : | |

# ORDER

**September 30, 2016**

Upon consideration of Plaintiff's motion (Doc. 110) for partial summary judgment, and Defendants' motion (Doc.115) for summary judgment, and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 110) for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 is DENIED.

2. Defendants' motion (Doc. 115) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED.

3. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith.  *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge